IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

CHARLES MATHEWS and CHRISTINE MATHEWS,

    Plaintiffs,

-vs-

UNITED STATES OF AMERICA,

    Defendant.

Case No. A-15-CA-424-SS

## ORDER

BE IT REMEMBERED on this day the Court entered an order in the above-styled cause, granting Defendant United States of America's motion to dismiss and DISMISSING WITH PREJUDICE all claims in this case, and thereafter the Court enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that the above-styled cause is DISMISSED WITH PREJUDICE. All costs are taxed against the plaintiff, for which let execution issue.

SIGNED this the 28th day of August 2015.

*Sam Sparks*
SAM SPARKS
UNITED STATES DISTRICT JUDGE

424 ood mns.frm